UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EQUITY LIFESTYLE PROPERTIES, INC.,

    Plaintiff,

vs.           Case No.  2:05-cv-165-FtM-29SPC

FLORIDA MOWING & LANDSCAPE SERVICE,
INC.,

    Defendant.
_____

FLORIDA MOWING & LANDSCAPE SERVICE,
INC.,

    Plaintiff,

vs.          Case No.  2:05-cv-187-FtM-29SPC

EQUITY LIFESTYLE PROPERTIES, INC.,
f/k/a MANUFACTURED HOME COMMUNITIES,
INC.,

    Defendant.
_____

**ORDER**

  This matter comes before the Court on Equity Lifestyle Properties, Inc.'s Reassertion of Equity's January 31, 2006 Motion for Summary Judgment (Doc. #123), filed on October 3, 2006.  The motion was filed in an abundance of caution to preserve the "cost-plus" contract issue which the Court resolved in prior Orders addressing the Second Amended Complaint.  For the same reasons articulated in the Court's prior Orders, the current motion will be denied.

  Accordingly, it is now

**ORDERED:**

Equity Lifestyle Properties, Inc.'s Reassertion of Equity's January 31, 2006 Motion for Summary Judgment (Doc. #123) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of October, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record